Cote, D.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CRITERION COLLECTION, INC.,

    Plaintiff,

—*against*—

WHOLE FOODS MARKET, INC., and
WINERY EXCHANGE, INC.,

    Defendants.

Civil Action No. 1:15–cv–7132 (DLC)(AJP)

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

    ***PLEASE TAKE NOTICE,*** that the matters in controversy in this matter having been amicably settled and adjusted between the parties, plaintiff, by its attorneys, ULLMAN, FURHMAN & PLATT, P.C., hereby gives notice, pursuant to Rule 41(a)(1)(A)(i), ***Fed.R.Civ.Proc.***, that the within action is voluntarily dismissed, with prejudice, and without costs to any party.

    ULLMAN, FURHMAN & PLATT, P.C.
    Attorneys for Plaintiff

By: _____
    Jeffrey D. Ullman, Esq.
    A Member of the Firm

Dated: Morristown, New Jersey
       October 26, 2015

**SO ORDERED:**

_____
**U.S.D.J.**
10/28/15